### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | : <br> : <br> : NO. 1:23-CV-79-TWP-MKK <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| V. | |
| BRIAN S. JAMES, | |
| Defendant. | |

## JUDGMENT OF RESCISSION

Plaintiff North American Company for Life and Health Insurance ("North American") brought the present action for rescission of a life insurance policy described in the complaint filed in this action ("Policy '421") against the defendant, Brian James ("James"), alleging that the application for Policy '421 contained a material misrepresentations and omission, and that Policy '421 was, therefore, void and subject to rescission. Although personally served with the summons and complaint, James has not yet responded to the complaint, but instead has stipulated to the veracity of the facts alleged in the complaint supporting rescission of Policy '421, and accordingly, has stipulated to the entry of this judgment.

The parties further stipulated and this Court finds (1) that the factual predicate for entry of judgment has been satisfied by the parties' stipulation of facts; (2) that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332; (3) that the Court has personal jurisdiction over James, who is a citizen of the state of Indiana, and was personally served in this action; and (4) that venue is proper under 28 U.S.C. § 1391(b)(1) as James resides in this judicial district.

Therefore, based upon the entire record in this action, including without limitation the stipulation of the parties, and based on the Court's conclusion that it has subject matter jurisdiction and personal jurisdiction over the defendant, that the legal and factual basis for the requested entry of judgment for rescission has been established, and that venue is proper,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. North American shall have judgment for rescission of Policy '421, declaring and confirming that Policy '421 is rescinded and declared void, extinguishing all rights, title, or benefits under Policy '421 that would otherwise have been available to any person, including without limitation the policyowner and/or all current or future putative beneficiaries, and including without limitation any rights to the payment of death benefits to putative beneficiaries, and that judgment for rescission shall be entered in favor of North American.

2. The parties are to bear their own, respective fees and costs incurred in this action

Date: 2/7/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all electronically
registered counsel of record via
CM/ECF